# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDRAY CASTRO AGUIAR,<br>Petitioner,<br>v.<br>U.S. ATTORNEY GENERAL, et al.,<br>Respondents. | Case No. 1:26-cv-05325-JLT-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 3, 2026, Respondents filed a motion to dismiss the petition based on the first-to-file rule in light of Petitioner's previously filed petition in the United States District Court for the Middle District of Florida. (ECF No. 5.) On September 8, 2026, Petitioner filed a notice that the United States District Court for the Middle District of Florida granted his motion to voluntarily dismiss his earlier-filed petition. (ECF No. 7.)

In light of the dismissal of Petitioner's earlier-filed petition, the Court finds that supplemental briefing addressing the merits of the claims raised in the petition before this Court would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental response addressing the merits of the claims raised in the petition; and

2. Within seven (7) days of the date of service of Respondents' supplemental response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated: **October 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge